IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS CAMACHO,

    Plaintiff,

v.        3:10cv254-WS

J. DEMORET, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 18, 2011.  See Doc. 28.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for failure to state a claim.  The plaintiff has filed no objections to the report and recommendation but has filed a motion for voluntary dismissal.  Doc. 32.

Having considered the record, the court finds that the case must be dismissed as recommended by the magistrate judge.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 28) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  The plaintiff's motion for voluntary dismissal (doc. 32), filed after the issuance of the magistrate judge's report and recommendation, is DENIED.  See Stone v. Smith, No. CV608-088, 2009 WL 368620, at *1-2 (S.D. Ga. Feb. 13, 2009) (denying inmate's post-report-and-recommendation motion to voluntarily dismiss his action, explaining that it would frustrate the purpose of the Prison Litigation Reform Act to allow an inmate to voluntarily dismiss his action after a magistrate judge reviewed the inmate's allegations and found them lacking).

4.  The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   21st   day of    June   , 2011.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE